UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE VAUGHN,** | : | |
| | : | |
| Petitioner | : | No. 1:16-CV-00181 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **WARDEN C. MAIORANA,** | : | |
| | : | |
| Respondent | : | |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Vaughn's petition and amended petition for writ of habeas corpus are dismissed.

2. The Clerk of Court shall close this case.

 S/ Yvette Kane
 Yvette Kane
 United States District Judge

Date: April 7, 2016